**FOR PUBLICATION**



FILED

MAY 9 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> **AT&T MOBILITY LLC, a limited liability company**, <br><br> Defendant-Appellant. | No.  15-16585 <br><br> D.C. No. 3:14-cv-04785-EMC <br> Northern District of California, <br> San Francisco <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.